UNITED STATES BANKRUPTCY COURT
Northern District of Illinois

In re: HAROLD ROSS JR
Dear-Ross Cynthia
Debtor

Bankruptcy Case No. 07-19089
Chapter: 13

## APPLICATION TO PAY FILING FEE AND ADMINISTRATIVE FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr P. 1006, I apply for permission to pay the Filing Fee amounting to $274 in installments.

2. I certify that I am unable to pay the Filing Fee except in installments.

3. I further certify that I have not paid any money or transferred any property to an attorney for services in connection with this case and that I will neither make any payment nor transfer any property for services in connection with this case until the filing fee is paid in full.

4. I propose the following terms for the payment of the Filing Fee.*

   $ 68.50   Check one   ☐ with the filing of the petition, or
   $ 68.50 C.P.R.          ☑ on or before October 17, 2007
   $ ~~68.50~~ on or before ~~October 3, 2007~~ C.D.R. NOV 16, 2007
   $ 68.50 on or before December 16, 2007
   $ 68.50 on or before January 17, 2008

* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____    _____    Signature of Debtor /s/ Harold Ross Jr.    Date 10-16-07
Signature of Attorney         Date       Signature of Joint Debtor /s/ Cynthia Dear-Ross   Date 10-16-07
Name of Attorney

### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document. I also certify that I will not accept money or any other property from the debtor before the filing fee is paid in full.

Printed or Typed Name of Bankruptcy Petition Preparer        Social Security No.

Address

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
OCT 16 2007
KENNETH S. GARDNER, CLERK

Names and Social Security numbers of all other individuals who prepared and assisted in preparing this document.
If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

Signature of Bankruptcy Petition Preparer        Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines and imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156*

### ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

IT IS ORDERED that the debtor(s) pay the filing fee in installments on the terms proposed in the foregoing application.

IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor shall not pay any money for services in connection with this case, and the debtor shall not relinquish any property for services in connection with this case.

DATE: OCT 17 2007          FOR THE COURT   KENNETH S. GARDNER
                                           Clerk, U.S. Bankruptcy Court

_____
Kenneth S. Gardner, Clerk        (3/1/98)
United States Bankruptcy Court